# EXHIBIT A

FILED
8/10/2018 11:40 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L008641

#02329   RJB\FPM\DSK

FILED DATE: 8/10/2018 11:40 AM   2018L008641

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| RAMONA HERRERA,<br><br>    Plaintiff,<br><br>v.<br><br>AEROVIAS DE MEXICO S.A. DE C.V. (INC.), a foreign corporation, d/b/a AEROMEXICO; and AEROLITORAL SA DE CV, a foreign corporation, d/b/a AEROMEXICO CONNECT,<br><br>    Defendants. | No.  2018L008641<br><br><br><br><br><br><br><br>**PLAINTIFF DEMANDS TRIAL BY JURY** |

### COMPLAINT AT LAW

Plaintiff, RAMONA HERRERA, by and through her attorneys, CORBOY & DEMETRIO, P.C., complaining of Defendants, AEROVIAS DE MEXICO S.A. DE C.V. (INC.), a foreign corporation, d/b/a AEROMEXICO (hereinafter "AEROMEXICO"), and AEROLITORAL SA DE CV, a foreign corporation, d/b/a AEROMEXICO CONNECT (hereinafter "AEROMEXICO CONNECT"), states as follows:

1. On and before July 31, 2018, AEROMEXICO was a foreign air carrier operating in the United States under Federal Aviation Regulation Part 129 with Federal Aviation Administration Certificate Number ASMF152F.

2. On and before July 31, 2018, AEROMEXICO CONNECT was a foreign air carrier operating in the United States under Federal Aviation Regulation Part 129 with Federal Aviation Administration Certificate Number LVQF318F.

3. On and before July 31, 2018, AEROMEXICO was a corporation licensed and doing business in Cook County, Illinois, and specifically engaged in the ownership, maintenance, control and operation of a commercial airline and jetliners out of O'Hare International Airport.

4. On and before July 31, 2018, AEROMEXICO CONNECT was a corporation doing business in Cook County, Illinois, and specifically engaged in the ownership, maintenance, control and operation of a commercial airline and jetliners out of O'Hare International Airport.

5. On and before July 31, 2018, Plaintiff was an Illinois resident who purchased tickets from AEROMEXICO for commercial air transportation from Illinois to, around, and back from Mexico.

6. On and before July 31, 2018, AEROMEXICO issued and delivered tickets to Plaintiff for commercial air transportation from Illinois to, around, and back from Mexico, including aboard Flight 2431 departing Durango International Airport for Mexico City International Airport.

7. On July 31, 2018, Plaintiff was a passenger aboard Flight 2431.

8. On July 31, 2018, Flight 2431 crashed during an attempted takeoff from Durango International Airport.

9. On July 31, 2018, AEROMEXICO piloted and was in operational control of Flight 2431 before and at the time that it crashed.

10. On July 31, 2018, AEROMEXICO CONNECT piloted and was in operational control of Flight 2431 before and at the time that it crashed.

11. On July 31, 2018, AEROMEXICO and AEROMEXICO CONNECT, by and through their collective partnership and/or joint enterprise, and each of them, were negligent in one or more of the following respects:

FILED DATE: 8/10/2018 11:40 AM 2018L008641

    a.    Failed to execute a proper takeoff maneuver;

    b.    Failed to obtain sufficient runway speed during takeoff;

    c.    Failed to obtain sufficient airspeed upon takeoff;

    d.    Failed to obtain proper pitch, yaw and attitude during takeoff;

    e.    Attempted a takeoff maneuver in unsafe wind conditions;

    f.    Failed to adequately monitor wind conditions prior to takeoff;

    g.    Failed to properly correct for wind conditions during takeoff; and

    h.    Failed to maintain safe and proper operational control of its aircraft at all times to avoid a mishap.

12.    As a proximate result of one or more of the aforesaid negligent acts and/or omissions, RAMONA HERRERA suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, RAMONA HERRERA, demands judgment against Defendants, AEROVIAS DE MEXICO S.A. DE C.V. (INC.), a foreign corporation, d/b/a AEROMEXICO, and AEROLITORAL SA DE CV, a foreign corporation, d/b/a AEROMEXICO CONNECT, for a sum in excess of the jurisdictional limits of the Law Division of the Circuit Court of Cook County, Illinois.

                                                    CORBOY & DEMETRIO, P.C.

                                                    By: Daniel S. Kirschner

                                                        One of the Attorneys for Plaintiff

Robert J. Bingle  
Francis Patrick Murphy  
Daniel S. Kirschner  
Corboy & Demetrio, P.C.  
Attorneys for Plaintiff  
33 North Dearborn Street, 21st Floor  
Chicago, Illinois 60602  
(312) 346-3191  
Firm I.D. No. 02329  
Primary E-Mail: ccfiling@corboydemetrio.com

FILED
8/10/2018 11:40 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L008641

#02329  RJB\FPM\DSK

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| RAMONA HERRERA,<br><br>            Plaintiff,<br><br>v.<br><br>AEROVIAS DE MEXICO S.A. DE C.V. (INC.),<br>a foreign corporation, d/b/a AEROMEXICO; and<br>AEROLITORAL SA DE CV, a foreign<br>corporation, d/b/a AEROMEXICO CONNECT,<br><br>            Defendants. | No.   2018L008641 |

## AFFIDAVIT

I, ROBERT J. BINGLE, state under oath:

1. I am an attorney associated with Corboy & Demetrio, P.C. and am responsible for filing of the Complaint at Law in this matter.

2. The total of money damages sought by plaintiff does exceed $50,000.00, exclusive of interest and costs.

                                            CORBOY & DEMETRIO, P.C.
                                            By: Daniel S. Kirschner

SUBSCRIBED and SWORN to before me
this /0th day of August, 2018.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
WIEN MARIE DESTEFANO
Notary Public, State of Illinois
My Commission Expires 09-24-2019

Robert J. Bingle
Francis Patrick Murphy
Daniel S. Kirschner
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329
Primary E-Mail: ccfiling@corboydemetrio.com

FILED
8/10/2018 11:40 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L008641

#02329  RJB\FPM\DSK

FILED DATE: 8/10/2018 11:40 AM  2018L008641

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

RAMONA HERRERA,

        Plaintiff,

v.

AEROVIAS DE MEXICO S.A. DE C.V. (INC.), a foreign corporation, d/b/a AEROMEXICO; and AEROLITORAL SA DE CV, a foreign corporation, d/b/a AEROMEXICO CONNECT,

        Defendants.

No. 2018L008641

### JURY DEMAND

The undersigned hereby demands trial by jury.

_____
Daniel S. Kirschner

Robert J. Bingle
Francis Patrick Murphy
Daniel S. Kirschner
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329
Primary E-Mail: ccfiling@corboydemetrio.com

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS