# MEDICAL SPECIALS SUMMARY
**RAMONA HERRERA**

## HOSPITALS

**IMSS HOSPITAL**
Predio Canoas SN, Dorador
34070 Durango
Dgo. Mexico
(618) 811-9820

| Date | Description | Amount | Area Total |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | $ - |

**HOSPITAL de la PAZ**
Calle 5 de Febrero No. 903
Guillermina, 34270 Durango
Dgo. Mexico
(618) 818-9541

| Date | Description | Amount | Area Total |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | $ - |

**AMITA ALEXIAN BROTHERS HOSPITAL**
800 Biesterfield Road
Elk Grove Village, Illinois 60007
(847) 437-5500

| Date | Description | Amount | Area Total |
|---|---|---|---|
| 09/14/18 | Shoulder surgery - rotator cuff | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | $ - |

## PHYSICIANS

**FRANCISCO ADRIAN CASTILLO NAVARRETE, M.D. (Trauma and Orth**
Los Almamillos 509 Colinas Del Salito
Durango, Dgo 34105
(618) 818-0384

| Date | Description | Amount | Area Total |
|---|---|---|---|
| | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ | - |

**IMELDA A. SIA, M.D. (Family Medicine)**
**Glendale Heights Healthcare Center**
113 W. Lake Street
Bloomingdale, Illinois 60108
(630) 894-8600

| Date | Description | Amount | | Area Total |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ - |

**EUGENE P. LOPEZ, M.D. (Orthopedic Surgery)**
**Midwest Sports Medicine & Orthopedic Surgery**
901 Biesterfield Road, Suite 300
Elk Grove Village, Illinois 60007
(847) 437-9889

| Date | Description | Amount | | Area Total |
|---|---|---|---|---|
| 09/14/18 | Shoulder surgery - rotator cuff | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ - |

**PARAG DOSHI, M.D. (Cardiology - *related?*)**
804 Woodfield Road, Suite 300
Schaumburg, Illinois 60173
(847) 605-9500

| Date | Description | Amount | | Area Total |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ - |
| | | | | |
| | | | | $ - |

**NAME**
Address
City, State Zip
Phone

| Date | Description | Amount | | Area Total |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |
|---|---|---|---|
|  |  |  | $ - |

## RADIOLOGY

**BRIGHT LIGHTS MEDICAL - Ct. scan**
31 S. Arlington Heights Road
Elk Grove Village, Illinois 60007
(847) 616-2000

| Date | Description | Amount | Area Total |
|---|---|---|---|
| 08/11/18 | X-ray cervical spine | $ 128.00 |  |
| 08/11/18 | CT head or brain w/o c | $ 828.00 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | $ 956.00 |

**NAME**
Address
City, State Zip
Phone

| Date | Description | Amount | Area Total |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | $ - |

## PHYSICAL THERAPY

**HEALING REHAB PHYSICAL THERAPY, S.C.**
125 South Bloomingdale Road, Suite 5
Bloomingdale, Illinois 60108
(847) 466-5420

| Date | Description | Amount | Area Total |
|---|---|---|---|
| 08/15/18 |  | $ 30.00 |  |
| 08/17/18 |  | $ 30.00 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | $ 60.00 |

**NAME**
Address
City, State Zip
Phone

| Date | Description | Amount | Area Total |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | $ - |

| | | |
|---|---|---|
| **TOTAL** | $ | 1,016.00 |

updated: (4/4/18 mc; 4/16/19 mc)

> Note: Listed above are the names of healthcare providers rendering treatment to plaintiff relative to injuries sustained in the occurrence which forms the basis of the present lawsuit. The dates and dollar amounts reflect bills in our possession at this time. Please refer to the medical records for additional dates of treatment and for the names of other individuals providing treatment with respect to each healthcare provider.

o.

