IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| RAMONA HERRERA,<br><br>    Plaintiff,<br><br>v.<br><br>AEROVIAS DE MEXICO S.A. DE C.V., (INC.), a foreign corporation, d/b/a AEROMEXICO; and AEROLITORAL SA DE C.V., a foreign corporation, d/b/a AEROMEXICO CONNECT,<br><br>    Defendants. | Case No. 1:19-cv-00204<br><br>Hon. Harry D. Leinenweber |

## NOTICE OF SETTLEMENT

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

  PLEASE TAKE NOTICE that the above-referenced matter has been settled, in its entirety, subject to plaintiff Ramona Herrera's ("Plaintiff") execution of releases and compliance with Medicare reporting obligations, and the transfer of settlement funds. The parties will file a stipulation of dismissal with prejudice dismissing Plaintiff's lawsuit against Defendants upon the completion of the settlement.

[SIGNATURE ON NEXT PAGE]

1

Dated: November 10, 2023

By: /s/ *Scott D. Cunningham*
Telly Andrews
Richard A. Walker
KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
tandrews@kmazuckert.com
rwalker@kmazuckert.com
Telephone: (312) 345-3000
Facsimile: (312) 345-3119

-and-

John Maggio (pro hac vice)
CONDON & FORSYTH LLP
7 Times Square
New York, New York 10036
jmaggio@condonlaw.com
Telephone: (212) 894-6700
Facsimile: (212) 370-4453

Scott D. Cunningham
Andrew C. Johnson
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
scunningham@condonlaw.com
ajohnson@condonlaw.com
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

*Attorneys for Defendants*
*Aerovias de Mexico, S.A. de C.V. and*
*Aerolitoral S.A. de C.V.*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 10, 2023, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court.

/s/ *Mariah Ajanel*
Mariah Ajanel