IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMONA HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>AEROVIAS DE MEXICO S.A. DE C.V. (INC.), a foreign corporation, d/b/a AEROMEXICO; and AEROLITORAL S.A. DE C.V., a foreign corporation, d/b/a AEROMEXICO CONNECT,<br><br>Defendants. | Case No. 1:19-cv-00204<br><br>Hon. Harry D. Leinenweber |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Defendants Aerovias de Mexico, S.A. de C.V. and Aerolitoral S.A. de C.V., and plaintiff Ramona Herrera, hereby requests that the above referenced action be, and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear her, his or its own costs and attorney's fees.

**IT IS SO STIPULATED.**

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1

I hereby attest that concurrence in the filing of the Stipulation and [Proposed] Order of Dismissal with Prejudice has been obtained from the other Signatories.

Dated: March 4, 2024

By: /s/ Scott D. Cunningham
Telly Andrews
Richard A. Walker
KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
tandrews@kmalawfirm.com
rwalker@kmalawfirm.com
Telephone: (312) 345-3000
Facsimile: (312) 345-3119

- and -

Scott D. Cunningham
Andrew C. Johnson
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
scunningham@condonlaw.com
ajohnson@condonlaw.com
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

*Attorneys for Defendants*
*Aerovias de Mexico, S.A. de C.V. and*
*Aerolitoral S.A. de C.V.*

Dated: March 4, 2024

By: /s/ Daniel S. Kirschner
Francis Patrick Murphy
William T. Gibbs
Daniel S. Kirschner
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
fpm@corboydemetrio.com,
wtg@corboydemetrio.com
dsk@corboydemetrio.com
Telephone: (312) 346-3191

*Attorneys for Plaintiff*
*Ramona Herrera*